# GRAND ISLE COUNTY.

## JANUARY TERM, 1846.

### HAZEN v. HAZEN.

*Temporary alimony not allowed to the wife, to enable her to prepare her defence to a libel for divorce, preferred by the husband.*

THIS was a libel for divorce, brought by the husband, which was resisted by the wife. The counsel upon the part of the wife moved the court to allow her temporary alimony during the pendency of the libel,—chiefly to enable her to prepare her defence.

THE COURT denied the motion, upon the same ground as in the case of *Harrington* v. *Harrington*, 10 Vt. 505.